# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0489

VERSUS

DEDRICK MATTHEWS                                      **JULY 30, 2021**

---

In Re:    Dedrick Matthews, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 04-14-0587.

---

**BEFORE:    THERIOT, HOLDRIDGE, AND HESTER, JJ.**

**WRIT DENIED AS MOOT.** The record of the East Baton Rouge Parish Clerk of Court shows that on or about February 22, 2021, the district court dismissed relator's application for postconviction relief. In the event relator elects to file a new application with this court seeking review of the district court's ruling, he may do so without the necessity of obtaining a return date. The application shall be filed on or before September 30, 2021, and should include a copy of this ruling and a copy of the application for postconviction relief and supporting memorandum, the State's response, the commissioner's report, the district court's ruling, the indictment, the relevant criminal court minutes, and any other pertinent documents from the district court record that might support the claims raised in the application for postconviction relief.

**MRT**
**GH**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
          DEPUTY CLERK OF COURT
              FOR THE COURT